IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CARLTON D. WELCH,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )    2:10cv749-MHT
                               )         (WO)
PRISON HEALTH SERVICES,        )
INC.,                          )
                               )
     Defendant.                )


OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about the health care he received. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. Plaintiff has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of November, 2013.


    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE